# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| JACQUELINE ANNA LYDSTON,, <br><br> Plaintiff, <br><br> vs. <br><br><br> COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, <br><br> Defendant. | Civil No. 3:18-cv-00715-SI <br><br><br><br> ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, it is hereby ordered that EAJA attorney's fees of $4,979.10 shall be awarded to Plaintiff. If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, as discussed in *Astrue v. Ratliff,* 130 S.Ct. 2521 (2010), then the check for EAJA fees shall be made payable to Brian Scott Wayson, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Brian Scott Wayson, at PO Box 12028 Portland, OR 97212.

DATED this __9th__ day of _____August_____, 2019.


_/s/ Michael H. Simon_____
Michael H. Simon
United States District Court Judge


ORDER AWARDING EAJA ATTORNEY FEES
3:18-cv-00715-SI